## HOME BUILDING & SAVINGS CO. v. COMMISSIONER OF INTERNAL REVENUE. MUTUAL BLDG. & INVESTMENT CO. v. SAME. CENTRAL OHIO BLDG. & LOAN CO. v. SAME. CITIZENS' LOAN & BLDG. CO. v. SAME. MINSTER LOAN & SAVINGS CO. v. SAME.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1929.

Nos. 5399, 5400, 5412–5414.

L. L. Hamby, of Washington, D. C., for petitioners.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM. Judgments of United States Board of Tax Appeals reversed, and causes remanded for proper proceedings, pursuant to confessions of error and consent to judgment.

## INSURANCE COMPANY OF NORTH AMERICA, a Corporation, Appellant, v. GREENWOOD MARKET, Appellee.

Circuit Court of Appeals, Fourth Circuit.
April 25, 1929.

No. 2872.

Stephen Nettles, of Greenville, S. C., for appellant.

Grier, Park & McDonald, of Greenwood, S. C., for appellee.

PER CURIAM. Cause docketed and dismissed under rule 20, per agreement of attorneys.